AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| ZUFFA, LLC d/b/a Ultimate Fighting Championship,<br><br>Plaintiff(s)<br>v.<br><br>John M. Shurden, et al,<br><br>Defendant(s) | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:17cv179 HSO-JCG<br>)<br>)<br>)<br>)<br>) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ANGELA R. SHURDEN, Individually, and as officer, director, shareholder, principal, manager and/or member of GEMINI INVESTMENTS, LLC, d/b/a TURTLE LANDING
912 Brook Forest Court
Conroe, TX 77385   Our File No. ZU17-03MS-01

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Roland F. Samson, III, Esq.
Samson & Powers, PLLC
2217 Pass Road
P.O. Box 1417
Gulfport, MS 39502
Tel. (228) 822-1109

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date: 6-20-17

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| ZUFFA, LLC d/b/a Ultimate Fighting Championship, *Plaintiff(s)* <br> v. <br> John M. Shurden, et al, *Defendant(s)* | Civil Action No. 1:17cv179 HSO-JCG |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JOHN M. SHURDEN, Individually, and as officer, director, shareholder, principal, manager and/or member of GEMINI INVESTMENTS, LLC, d/b/a TURTLE LANDING
912 Brook Forest Court
Conroe, TX 77385   Our File No. ZU17-03MS-01

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Roland F. Samson, III, Esq.
Samson & Powers, PLLC
2217 Pass Road
P.O. Box 1417
Gulfport, MS 39502
Tel. (228) 822-1109

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date: 6-20-17



Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

ZUFFA, LLC d/b/a Ultimate Fighting Championship,

*Plaintiff(s)*

v.

John M. Shurden, et al,

*Defendant(s)*

Civil Action No. 1:17cv179 HSO-JCG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* GEMINI INVESTMENTS, LLC, d/b/a TURTLE LANDING
Registered Agent for Gemini Investments LLC:
Angela R. Shurden
16463 Highway 90
Pearlington, MS 39572

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Roland F. Samson, III, Esq.
Samson & Powers, PLLC
2217 Pass Road
P.O. Box 1417
Gulfport, MS 39502
Tel. (228) 822-1109

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date: 6-20-17



*Signature of Clerk or Deputy Clerk*